IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00146-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| AMADOR PRADO, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Amador Prado shall be released to Senior United States Probation Officer Julie Martin, from the Lerdo County Jail on Monday, September 10, 2018 at 9:00am. Senior United States Probation Officer Julie Martin will then transport Amador Prado directly to the Salvation Army in Bakersfield, California to be admitted and complete residential program.

The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse as directed by the probation officer.

IT IS SO ORDERED.

Dated: **September 7, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE